UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOERGE and IMME KLEBE,

                Plaintiffs,

     -against-                               **APPEARANCE**

TRI MUNICIPAL SEWER COMMISSION,     Case No: 07 CIV. 7071 (SCR)

                Defendant.
-----------------------------------------------------------X

To the Clerk of this Court and All Parties of Record:

     Enter my appearance as counsel in this case for defendant, TRI MUNICIPAL SEWER COMMISSION.

     I certify that I am admitted to practice in this Court.

Dated: August 21, 2007
       Poughkeepsie, New York

                                Yours etc.,

                                GELLERT & KLEIN, P.C.
                                BY: _____
                                JAMES M. FEDORCHAK (9214)
                                Attorneys for Defendant
                                75 Washington Street
                                Poughkeepsie, NY 12601
                                (845) 454-3250

TO:    SUSSMAN AND WATKINS
         MICHAEL H. SUSSMAN, ESQ.
         Attorneys for Plaintiffs
         P.O. Box 1005
         Goshen, NY 10924
         (845) 294-3991