UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
JOERGE and IMME KLEBE,

                Plaintiffs,

    -against-

TRI MUNICIPAL SEWER COMMISSION,

                Defendant.
----------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

Case No: 07 CIV. 7071 (SCR)

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF DUTCHESS  )

    CHRISTINE C. D'AMICANTONIO. being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside at Poughkeepsie, New York.

    On **August 21, 2007**, I served a copy of an **APPEARANCE** in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the following addressee(s):

TO:    SUSSMAN AND WATKINS
         MICHAEL H. SUSSMAN, ESQ.
         Attorneys for Plaintiffs
         P.O. Box 1005
         Goshen, NY 10924

                                                      CHRISTINE C. D'AMICANTONIO

Sworn to before me this
21st day of August, 2007.

Notary Public

JAMES M. FEDORCHAK
NOTARY PUBLIC, STATE OF NEW YORK
REG. NO. 4950965
QUALIFIED IN DUTCHESS COUNTY
COMMISSION EXPIRES MAY 15, 20__